# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ATHENA ROBINSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>RADIOSHACK, an unknown corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No. CV 14-5017 BRO (AJWx)**<br><br>**Assigned For All Purposes To:**<br>**Hon. Beverly Reid O'Connell**<br>**Courtroom: 14**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br><br>Complaint Filed: May 15, 2014 |

The Court having reviewed the parties' Joint Stipulation of Dismissal in the above-entitled action;

IT IS THEREFORE ORDERED that the case is dismissed with prejudice. Each party shall bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE